428 A.2d 1339

**COMMONWEALTH of Pennsylvania**

v.

**James RAYMOND, a/k/a Richard Cofield, Appellant.**

Supreme Court of Pennsylvania.

Argued April 28, 1981.

Decided May 11, 1981.

Lee Mandell, Alan L. Director, Philadelphia, for appellant.

Robert B. Lawler, Kenneth Gallant, Philadelphia, for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

### OPINION

PER CURIAM:

Appeal dismissed as having been improvidently granted.

O'BRIEN, C. J., did not participate in the consideration or decision of this case.